UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LORIN CARPENTER and VICKI RILEY-       :
FISCHER, Individually and on Behalf of All Others :
Similarly Situated,                    :
                                       :    1:22-cv-03885 (VSB) (VF)
                    Plaintiffs,        :
                                       :
v.                                     :    ECF CASE
                                       :
OSCAR HEALTH, INC., MARIO SCHLOSSER,    :
SIDDHARTHA SANKARAN, ARI FISCHEL,      :
JEFFERY H. BOYD, JOEL CUTLER, JOSHUA   :
KUSHNER, TERI LIST, CHARLES E. PHILLIPS, :
JR., DAVID PLOUFFE, ELBERT O. ROBINSON, :
JR., VANESSA A. WITTMAN, GOLDMAN       :
SACHS & CO. LLC, MORGAN STANLEY & CO.  :
LLC, ALLEN & COMPANY LLC, WELLS        :
FARGO SECURITIES, LLC, CREDIT SUISSE   :
SECURITIES (USA) LLC, BOFA SECURITIES, :
INC., COWEN AND COMPANY, LLC,          :
LIONTREE ADVISORS LLC, SAMUEL A.       :
RAMIREZ & COMPANY, INC., and SIEBERT   :
WILLIAMS SHANK & CO., LLC,             :
                                       :
                    Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF TANSY WOAN IN SUPPORT OF THE OSCAR
DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Tansy Woan, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the

following is true and correct:

1.      I am admitted to the bars of the State of New York and this Court.  I am a counsel

at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and am counsel for defendants

Oscar Health, Inc. ("Oscar"), Mario Schlosser, Siddhartha Sankaran, Ari Fischel, Jeffery H.

Boyd, Joel Cutler, Joshua Kushner, Teri List, Charles E. Phillips, Jr., David Plouffe, Elbert O.

Robinson, Jr., and Vanessa A. Wittman (the "Individual Defendants" and with Oscar, the "Oscar

Defendants") in the above-captioned matter.

2.      I respectfully submit this declaration in support of the Oscar Defendants' Motion to Dismiss the Amended Class Action Complaint, filed concurrently herewith, and to transmit true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| A | Amended Class Action Complaint For Violation of the Federal Securities Laws (ECF No. 72) (December 6, 2022) ["**AC**"] |
| B | Oscar's Final Prospectus, filed with the SEC on March 4, 2021 and dated March 2, 2021 ["**Prospectus**"] |
| C | Ctrs. for Medicare & Medicaid Servs. (CMS), Dep't of Health & Hum. Servs., Fact Sheet, *CMS Issues Final Rule to Amend the U.S. Department of Health and Human Services' Risk Adjustment Data Validation Program* (Nov. 24, 2020) ["**Nov. 2020 CMS Fact Sheet**"], https://www.cms.gov/newsroom/fact-sheets/cms-issues-final-rule-amend-us-department-health-and-human-services-risk-adjustment-data-validation. |
| D | Katherine M. Kehres, Cong. Rsch. Serv., R45334, The Patient Protection and Affordable Care Act's (ACA's) Risk Adjustment Program: Frequently Asked Questions (Oct. 4, 2018) ["**2018 CRS Report**"], https://sgp.fas.org/crs/misc/R45334.pdf |
| E | Ctr. for Consumer Info. & Ins. Oversight, Ctr. for Medicare & Medicaid Servs., U.S. Dep't of Health Hum. Servs., HHS Risk Adjustment Data Validation, (HHS-RADV) White Paper (Dec. 6, 2019) ["**Dec. 2019 CMS White Paper**"], https://www.cms.gov/files/document/2019-hhs-risk-adjustment-data-validation-hhs-radv-white-paper.pdf |
| F | Oscar's Registration Statement filed with the SEC on February 5, 2021 (exhibits omitted) ["**Registration Statement**" or "**Reg. St.**"] |
| G | Amendments to the HHS-RADV Under the Patient Protection and ACA's HHS-Operated Risk Adjustment Program, 85 Fed. Reg. 76,979, 76,982 (Dec. 1, 2020) ["**CMS Amendments**"] |

| Exhibit | Description |
|---|---|
| H | Ctr. for Consumer Info. & Ins. Oversight, Ctr. for Medicare & Medicaid Servs., U.S. Dep't of Health Hum. Servs., *Summary Report of 2019 and 2020 Benefit Year Risk Adjustment Data Validation Adjustments to Risk Adjustment Transfers* (Nov. 16, 2022) ["**Nov. 2022 CMS Report**"], *available at* https://www.cms.gov/files/document/hhs-radv-adjustments-by20-ra-transfers-report-clean.pdf |
| I | Transcript of Oscar Earnings Call on November 10, 2021 ["**Nov. 10, 2021 Tr.**"] |
| J | Oscar Form 8-K filed Nov. 10, 2021 ["**Nov. 10, 2021 Form 8-K**"] |
| K | Oscar Form 10-K for FY2021 filed with the SEC on February 25, 2022 (exhibits omitted) ["**FY 2021 Form 10-K**"] |
| L | Management's Discussion and Analysis of Financial Condition and Results of Operations, Securities Act Release No. 6835, Exchange Act Release No. 26,831, Investment Company Act Release No. 16,961, 43 SEC Docket 1330 (May 18, 1989), *available at* 1989 WL 1092885) ["**SEC Guidance**"]. |
| M | Oscar Form 10-Q for 3Q2021 filed with the SEC on November 12, 2021 ["**3Q21 Form 10-Q**"] |

Executed on: New York, New York
            April 4, 2023

Tansy Woan

3