**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LORIN CARPENTER and VICKI RILEY-FISCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR HEALTH, INC., MARIO SCHLOSSER, SIDDHARTHA SANKARAN, ARI FISCHEL, JEFFERY H. BOYD, JOEL CUTLER, JOSHUA KUSHNER, TERI LIST, CHARLES E. PHILLIPS, JR., DAVID PLOUFFE, ELBERT O. ROBINSON, JR., VANESSA A. WITTMAN, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, ALLEN & COMPANY LLC, WELLS FARGO SECURITIES, LLC, CREDIT SUISSE SECURITIES (USA) LLC, BOFA SECURITIES, INC., COWEN AND COMPANY, LLC, LIONTREE ADVISORS LLC, SAMUEL A. RAMIREZ & COMPANY, INC., and SIEBERT WILLIAMS SHANK & CO., LLC,<br><br>Defendants. | Civil Action No. 1:22-cv-03885 |

### UNDERWRITER DEFENDANTS' NOTICE OF JOINDER IN DEFENDANT OSCAR HEALTH, INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Allen & Company LLC, Wells Fargo Securities, LLC, Credit Suisse Securities (USA) LLC, BofA Securities, Inc., Cowen and Company, LLC, LionTree Advisors LLC, Samuel A. Ramirez & Company, Inc., and Siebert Williams Shank & Co., LLC (collectively, the "Underwriter Defendants") hereby join in the Motion to Dismiss Plaintiffs' Amended Class Action Complaint submitted by defendants Oscar Health, Inc., Mario Schlosser, Siddhartha Sankaran, Ari

Fischel, Jeffery Boyd, Joel Cutler, Joshua Kushner, Teri List, Charles Phillips, Jr., David Plouffe,

Elbert Robinson, Jr., and Vanessa Wittman (the "Oscar Defendants"), including the arguments set

forth in the Oscar Defendants' supporting Memorandum of Law.


Dated:    April 4, 2023
          New York, New York

                                        Respectfully submitted,

                                        WILLKIE FARR & GALLAGHER LLP

                                        */s/ Todd G. Cosenza*
                                        Todd G. Cosenza
                                        Charles D. Cording
                                        Zeh S. Ekono
                                        787 Seventh Avenue
                                        New York, New York 10019
                                        Telephone: (212) 728-8000
                                        Email: tcosenza@willkie.com
                                        Email: ccording@willkie.com
                                        Email: zekono@willkie.com

                                        *Counsel for Defendants Goldman Sachs & Co.*
                                        *LLC, Morgan Stanley & Co. LLC, Allen &*
                                        *Company LLC, Wells Fargo Securities, LLC, Credit*
                                        *Suisse Securities (USA) LLC, BofA Securities, Inc.,*
                                        *Cowen and Company, LLC, LionTree Advisors*
                                        *LLC, Samuel A. Ramirez & Company, Inc., and*
                                        *Siebert Williams Shank & Co., LLC*