UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LORIN CARPENTER and VICKI RILEY-       :
FISCHER, Individually and on Behalf of All Others  :
Similarly Situated,                    :
                                       :    1:22-cv-03885 (VSB) (VF)
            Plaintiffs,                 :
                                       :
v.                                      :    ECF CASE
                                       :
OSCAR HEALTH, INC., MARIO SCHLOSSER,    :
SIDDHARTHA SANKARAN, ARI FISCHEL,       :
JEFFERY H. BOYD, JOEL CUTLER, JOSHUA    :
KUSHNER, TERI LIST, CHARLES E. PHILLIPS, :
JR., DAVID PLOUFFE, ELBERT O. ROBINSON, :
JR., VANESSA A. WITTMAN, GOLDMAN        :
SACHS & CO. LLC, MORGAN STANLEY & CO.   :
LLC, ALLEN & COMPANY LLC, WELLS         :
FARGO SECURITIES, LLC, CREDIT SUISSE    :
SECURITIES (USA) LLC, BOFA SECURITIES,  :
INC., COWEN AND COMPANY, LLC,           :
LIONTREE ADVISORS LLC, SAMUEL A.        :
RAMIREZ & COMPANY, INC., and SIEBERT    :
WILLIAMS SHANK & CO., LLC,              :
                                       :
            Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## REPLY DECLARATION OF TANSY WOAN
## IN FURTHER SUPPORT OF THE OSCAR DEFENDANTS'
## MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

I, Tansy Woan, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the

following is true and correct:

1.      I am a member of the bar of this Court and of the law firm Skadden, Arps, Slate,

Meagher & Flom LLP, counsel for defendants Oscar Health, Inc. ("Oscar"), Mario Schlosser,

Siddhartha Sankaran, Ari Fischel, Jeffery H. Boyd, Joel Cutler, Joshua Kushner, Teri List,

Charles E. Phillips, Jr., David Plouffe, Elbert O. Robinson, Jr., and Vanessa A. Wittman (the

"Individual Defendants" and with Oscar, the "Oscar Defendants"), in the above-captioned matter.

2.       I respectfully submit this reply declaration in further support of the Oscar Defendants' Motion to Dismiss the Amended Class Action Complaint and to transmit true and correct copies of the following documents:

| Exhibit | Description |
| --- | --- |
| N | Ctr. for Consumer Info. & Ins. Oversight, Ctr. for Medicare & Medicaid Servs., U.S. Dep't of Health Hum. Servs., *Memo re Postponement of 2019 Benefit Year HHS-operated Risk Adjustment Data Validation (HHS-RADV)* (Apr. 13, 2020) ["**2019 CMS Memo**"], *available at* https://www.cms.gov/newsroom/press-releases/cms-news-alert-april-14-2020 |
| O | Ctr. for Medicare & Medicaid Servs., U.S. Dep't of Health Hum. Servs., *2019 Benefit Year HHS-RADV Activities Timeline* (Aug. 4, 2020) ["**2019 Timeline**"], *available at* https://www.hhs.gov/guidance/document/2019-benefit-year-hhs-radv-timeline-8420 |
| P | Transcript of Oscar Earnings Call on August 12, 2021 ["**Aug. 12, 2021 Tr.**"] |

Executed on: New York, New York
              July 7, 2023

_____
Tansy Woan