# Exhibit O

# 2019 Benefit Year HHS-RADV Activities Timeline

On April 13, 2020, the Centers for Medicare & Medicaid Services (CMS) published guidance postponing the start of the 2019 benefit year HHS Risk Adjustment Data Validation (HHS-RADV) process until the 2021 calendar year due to the Coronavirus 2019 (COVID-19) pandemic, referenced in the following memorandum: https://www.cms.gov/files/document/2019-HHS-RADV-Postponement-Memo.pdf. CMS is issuing the below updated timeline for 2019 benefit year HHS-RADV activities, with Initial Validation Audit (IVA) samples being released in January 2021. CMS anticipates that 2020 benefit year HHS-RADV will commence as usual with the release of IVA samples in May 2021. CMS will continue monitoring the COVID-19 pandemic and will make adjustments to this timeline as needed. For questions regarding the 2019 Benefit Year HHS-RADV Activities Timeline, please contact CCIIOACARAdatavalidation@cms.hhs.gov.

| 2019 Benefit Year HHS-RADV Activities Timeline | |
| --- | --- |
| **Date** | **2019 Benefit Year HHS-RADV Activities and Descriptions** |
| September 3 – 17, 2020 | CMS identifies and notifies eligible issuers of exemptions<br>• First, CMS notifies eligible issuers identified as having $15 million or less in total premiums statewide who are exempt from the 2019 HHS-RADV IVA and Second Validation Audit (SVA) Requirements under 45 CFR 153.630(g)(2) and have not been selected for random or targeted sampling for 2019 HHS-RADV<br>• Second, CMS notifies issuers identified as having 500 or fewer billable member months statewide who are exempt from 2019 benefit year HHS-RADV IVA and SVA requirements under 45 CFR 153.630(g)(1)<br>• Additionally, CMS will notify issuers identified as only issuer in a state risk pool market (sole market risk pool issuers) and issuers offering only small group carry over coverage for the applicable benefit year who are exempt from 2019 HHS-RADV<br>• CMS instructs eligible exempt issuers how to complete the 2019 Benefit Year HHS-RADV Issuer Exemption and DDVC Web Form |
| October 5 – November 23, 2020 | IVA Entities elect to participate in 2019 benefit year HHS-RADV |
| November 2020 | 2019 Benefit Year HHS-RADV Protocols released (exact date forthcoming) |
| November – December 2020 | Issuers contractually select IVA Entities for 2019 benefit year HHS-RADV |
| December 1, 2020 | Issuers begin designating IVA Entities within the HHS-RADV Audit Tool |
| January 5, 2021 | • CMS deploys HHS-RADV first run (preliminary) sampling command to External Data Gathering Environment (EDGE) servers<br>• Issuers must execute the command by the day the command is released, no later than 10:00 a.m. Eastern Time (ET) |

Dates are subject to change

# 2019 Benefit Year HHS-RADV Activities Timeline

Case 1:22-cv-03885-VSB-VF    Document 84-2    Filed 07/07/23    Page 3 of 4

| 2019 Benefit Year HHS-RADV Activities Timeline | |
|---|---|
| **Date** | **2019 Benefit Year HHS-RADV Activities and Descriptions** |
| | • Sampling Reports are provided to CMS for validation. Reports are NOT available to issuers |
| January 19, 2021 | • CMS deploys second run (final) HHS-RADV sampling command to issuers EDGE servers to provide 2019 benefit year HHS-RADV IVA samples and accompanying reports<br>• Issuers must execute command the day the command is released no later than 10:00 a.m. ET Reports are available to both issuers and CMS |
| January 19 – February 3, 2021 | 15-calendar day HHS-RADV sampling discrepancy window following the release of the final HHS-RADV reports |
| January 19 – September 1, 2021 | Issuers' IVA Entities conduct the IVA |
| July 1, 2021 | Audit Tool opens for IVA testing and submissions |
| September 1, 2021 | • Deadline for IVA Entities' submission of Package 1 audit findings and issuer signoff<br>• CMS closes Package 1 submission window at 8:00 p.m. ET |
| September 9, 2021 | • Deadline for IVA Entities' submission of sampled enrollees' medical records (Package 2) to CMS for the SVA subsample and issuer signoff<br>• CMS closes the Package 2 submission window at 8:00 p.m. ET |
| September 9, 2021 | Deadline for IVA Entity Inter-rater Reliability (IRR) submission |
| September 9 – December 2021 | CMS' SVA Entity conducts the SVA[1] |
| December 2021 | 2019 Benefit Year HHS-RADV Summary of Final Pairwise Results<br>• Summary of Final Pairwise Results released to <u>all</u> issuers<br>• SVA Findings Report released <u>only</u> to HIOS ID(s) with Insufficient Agreement |
| 30-calendar day window after release of Final Pairwise Results (December 2021 – January 2022) | 2019 Benefit Year SVA Findings Report Attestation and Discrepancy Reporting for HIOS ID(s) with Insufficient Agreement **(30-day discrepancy window)** occurs (exact date forthcoming) |
| February 2022 | 2019 Benefit Year Final Results Report Suite (includes final pre-appeal results memo of national HCC failure rate and error rate results, as well as issuer- and enrollee-level results) is released (exact date forthcoming) |

[1] If Package 3 submission is necessary, the IVA Entity will be instructed by CMS via email to provide the medical records for the remaining enrollees in the IVA sample through the HHS-RADV Audit Tool. IVA Entities are required to submit Package 3 as soon as possible, but no later than seven (7) calendar days from the date of the notification email.

Dates are subject to change

# 2019 Benefit Year HHS-RADV Activities Timeline

| 2019 Benefit Year HHS-RADV Activities Timeline | |
|---|---|
| **Date** | **2019 Benefit Year HHS-RADV Activities and Descriptions** |
| 30-calendar day window after release of HHS-RADV Final Results Memo and issuer/enrollee-level results (February 2022 – March 2022) | 2019 Benefit Year HHS-RADV Error Rate Calculation Discrepancy period **(30-day discrepancy window)** occurs (exact date forthcoming) |
| April 2022 | Summary Report of 2019 Benefit Year HHS-RADV is released<br><br>Note: Collection and payment of 2019 benefit year HHS-RADV adjustments will begin in early 2023 |
| 30-calendar day window after release of Summary Report of 2019 Benefit Year Risk Adjustment Data Validation Adjustments to 2020 Benefit Year Risk Adjustment Transfers | 2019 Benefit Year SVA Findings Report Reconsiderations and Error Rate Methodology Reconsiderations period **(30-day reconsideration window)** occurs |

Dates are subject to change