UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORIN CARPENTER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR HEALTH, INC. et al.,<br><br>Defendants. | Civil Action No. 1:22-cv-03885<br><br>**AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(b)(2) of the Federal Rules of Civil Procedure, Defendant Credit Suisse Securities (USA) LLC, by and through its undersigned counsel, certifies as follows:

1. As of May 22, 2023, Credit Suisse Securities (USA) LLC is a wholly owned subsidiary of Credit Suisse (USA), Inc. and Credit Suisse Group Finance (U.S.) LLC.

2. Credit Suisse Group Finance (U.S.) LLC is a wholly owned subsidiary of Credit Suisse (USA), Inc.

3. Credit Suisse (USA), Inc. was formerly an indirect wholly owned subsidiary of Credit Suisse Group AG.  On June 12, 2023, Credit Suisse Group AG merged with and into UBS Group AG, with UBS Group AG being the absorbing company which continues to operate, and Credit Suisse Group AG being the absorbed company which ceased to exist.

4. UBS Group AG has no parent company, and to its knowledge, no publicly held corporation owns ten percent or more of its stock.

Dated: July 14, 2023
New York, New York

                                        Respectfully submitted,

                                        WILLKIE FARR & GALLAGHER LLP

                                        */s/ Todd G. Cosenza*
                                        Todd G. Cosenza
                                        Charles D. Cording
                                        Zeh S. Ekono
                                        787 Seventh Avenue
                                        New York, New York 10019
                                        Telephone: (212) 728-8000
                                        Email: tcosenza@willkie.com
                                        Email: ccording@willkie.com
                                        Email: zekono@willkie.com

                                        *Counsel for Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Allen & Company LLC, Wells Fargo Securities, LLC, Credit Suisse Securities (USA) LLC, BofA Securities, Inc., Cowen and Company, LLC, LionTree Advisors LLC, Samuel A. Ramirez & Company, Inc., and Siebert Williams Shank & Co., LLC*