SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

————

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

FIRM/AFFILIATE OFFICES

————

BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2472
DIRECT FAX
917-777-2472
EMAIL ADDRESS
TANSY.WOAN@SKADDEN.COM

November 22, 2023

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

                  RE:    *Carpenter v. Oscar Health Inc., et al.,*
                             1:22-cv-03885-VSB-VF (S.D.N.Y)

Dear Judge Broderick:

      We represent Defendant Oscar Health, Inc. and the individuals named as Defendants (collectively, the "Oscar Defendants"). We write in connection with the Oscar Defendants' Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint. (ECF No. 79.)

      In their opening brief, the Oscar Defendants cited to Judge Engelmeyer's decision in *Garnett v. RLX Tech. Inc.*, 632 F. Supp. 3d 574 (S.D.N.Y. 2022). (ECF No. 80 at 17, 23). Yesterday, the Second Circuit affirmed this decision. *Tseng v. De Vries*., No. 22-2787-CV, 2023 WL 8073087 (2d Cir. Nov. 21, 2023). A copy of that summary order is enclosed as Exhibit A.

                                       Respectfully submitted,

                                         /s/ Tansy Woan

                                       Tansy Woan

Hon. Vernon S. Broderick
November 22, 2023
Page 2


cc:    All Counsel of Record (by ECF)


Encl.