UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                            :

LORIN CARPENTER,                      :
*individually and on behalf of all others*   :
*similarly situated*,                   :
                                            :                   22-CV-3885 (VSB)
                        Plaintiffs,    :
                                            :                      **ORDER**
            - against -              :
                                            :
                                            :
OSCAR HEALTH, INC., *et al.*,          :
                         Defendants.  :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        On March 6, 2025, I issued an Opinion & Order granting Defendants' motion to dismiss and granting Plaintiffs leave to file a second amended complaint "no later than 30 days from the date of th[e] Opinion & Order." (Doc. 90 at 17.) I noted: "Plaintiffs are warned that if they fail to file a second amended complaint within 30 days from the date of this Opinion & Order, I may dismiss this case with prejudice." (*Id.*)

        On March 12, 2025, Plaintiffs requested a 14-day extension of time to file the second amended complaint. (Doc. 91.) The next day, I granted the extension request. (Doc. 92.) The deadline to file the second amended complaint was April 21, 2025. To date, Plaintiffs have failed to file the second amended complaint, despite my warning that failure to do so may result in a dismissal of this case with prejudice. (Doc. 90 at 17.) Nor have Plaintiffs requested another extension or otherwise shown any intent to further prosecute this case. Accordingly, it is hereby:

        ORDERED that this case is dismissed with prejudice.

        The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: April 22, 2025
     New York, New York

Vernon S. Broderick
United States District Judge